THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-710

| | |
|---|---|
| STATE OF NORTH CAROLINA, )<br>   Plaintiff, )<br>            )<br>   v.           )<br>            )<br>REGINA MCCARTHY, in her official )<br> Capacity as Administrator of the United )<br> States Environmental Protection Agency, )<br>   Defendant. ) | **ORDER<br>HOLDING CASE IN<br>ABEYANCE** |

The Plaintiff State of North Carolina having moved to hold this case in abeyance, upon good cause shown including the representation that the Defendant does not oppose the motion, the Court GRANTS the motion and ORDERS as follows:

1. This matter shall be held in abeyance until further order of the Court.

2. All pending deadlines are continued.

3. The parties file a joint status report within 120 days of the date of this order setting forth any developments in the matter of *Sierra Club et al. v. McCarthy*, 13-cv-3953 (N.D. Cal.), or any other matter and any other facts that may affect the status of this case.

4. Any party may at any time to move this Court for an order terminating, in whole or in part, the order of the Court holding the matter in abeyance.

SO ORDERED.

This the 8th day of January, 2014.

*James C. Fox*
James C. Fox
Senior United States District Judge