IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-710

| | |
|---|---|
| STATE OF NORTH CAROLINA,<br>Plaintiff,<br><br>v.<br><br>GINA MCCARTHY, in her official Capacity as Administrator of the United States Environmental Protection Agency,<br>Defendant. | **ORDER GRANTING<br>MOTION FOR LEAVE TO<br>PARTICIPATE AS *AMICI CURIAE*** |

Having considered the Motion of Sierra Club and Natural Resources Defense Council for Leave to Participate as *Amici Curiae*, and the Memorandum of Points and Authorities submitted in support of the Motion, the Court finds that the participation of movants would be timely and useful and hereby GRANTS the Motion. Sierra Club and Natural Resources Defense Council may file an amicus brief of no more than 15 pages within one week after the filing date of Defendant EPA's response brief.

SO ORDERED. This the 30 day of June, 2015.

_____
James C. Fox
Senior United States District Judge